Case 4:21-cv-01493   Document 24   Filed on 10/15/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Eliud Xavier Garza, <br> *Plaintiff*, <br><br> v. <br><br> Montgomery County <br> Sheriff's Department, <br> *Defendant*. | § § § § § § § § § Civil Action No. H-21-1493 |

## ORDER OF ADOPTION

On September 13, 2021, Magistrate Judge Peter Bray recommended that Defendant's motion to dismiss be granted and that the case be dismissed with prejudice. (D.E. 22.) Plaintiff filed objections. (D.E. 23.) Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on October 15, 2021.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE